# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES JOHN ROMERO,<br><br>          Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>          Defendant. | 2:17-cv-01898-JAD-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion to Compel Deposition De Bene Esse of Plaintiff James John Romero on an Order Shortening Time (ECF No. 3).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, August 2, 2017, in Courtroom 3D.

DATED this 31st day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE