# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| JOHN JAMES ROMERO, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-01898-JAD-VCF |
| THE UNITED STATES OF AMERICA, | **ORDER** |
| Defendant. | |

The parties have a filed a proposed Joint Stipulation and Order for Dismissal without Prejudice (ECF No. 8).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 3:00 PM, August 11, 2017 is VACATED.

IT IS FURTHER ORDERED that the Motion to Compel Deposition De Bene Esse of Plaintiff James John Romero (ECF No. 3) and the Stipulation to Conduct Deposition De Bene Esse of James John Romero (ECF No. 7) are DENIED as MOOT.

DATED this 10th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE