1  DANIAL O. LAIRD, M.D., J.D.
   Nevada Bar No. 11831
2  dlaird@gagelawfirm.com
   IVY GAGE, ESQ.
3  Nevada Bar No. 5958
   igage@gagelawfirm.com
4  THE GAGE LAW FIRM, PLLC
   Summergate Corporate Center
5  7674 W. Lake Mead Boulevard, Suite 108
   Las Vegas, Nevada 89128
6  (702)869-0800/(702)869-0900 (fax)
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN JAMES ROMERO<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:17-CV-1898-JAD-VCF<br><br>ECF No. 8 |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-captioned case shall be dismissed without prejudice, and each party will bear its own costs and attorney's fees.

///

///

///

///

///

///

The Gage Law Firm, PLLC
Summergate Corporate Center
7674 W. Lake Mead Boulevard, Suite 108
Las Vegas, Nevada 89128
Phone: 702/869-0800 Fax: 702/869-0900

Respectfully submitted this 9th day of August, 2017.

| The Gage Law Firm, PLLC | STEVEN W. MYHRE |
|---|---|
| | Acting United States Attorney |
| /s/ Danial Laird | e/s Lindsy M. Roberts |
| DANIAL LAIRD, ESQ. | LINDSY M. ROBERTS, ESQ. |
| 7674 W. LAKE MEAD BLVD., STE. 108 | Assistant United States Attorney |
| LAS VEGAS, NV 89128 | *Attorney for the United States* |
| *Attorney for Plaintiff* | |

**ORDER**

Based on the parties' stipulation [ECF No. 8] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to DENY all pending motions as moot and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
August 10, 2017